IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OLSSON, INC., <br><br> Plaintiff, <br><br> vs. <br><br> U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | 4:24CV3125 <br><br> **ORDER** |

  This matter comes before the Court on the Parties' Joint Motion For Briefing Schedule And Other Relief (Filing No. 30). The Court, being fully advised in the premises that the requested relief contained therein should be granted.

  IT IS THEREFORE ORDERED THAT:

  1. On or before March 28, 2025, the parties may submit a stipulated statement of material facts and index of evidence. In this regard, the parties shall proceed as follows:

   a. Olsson, Inc. ("Olsson") shall serve a first draft of the stipulated statement of material facts and proposed joint index of evidence on U.S. Specialty Insurance Company ("U.S. Specialty") on or before February 14, 2025.
   b. U.S. Specialty shall serve Olsson with proposed revisions and/or additions to the draft on or before February 24, 2025.
   c. Olsson shall serve further revisions and/or additions on U.S. Specialty on or before March 3, 2025.
   d. The parties shall confer in good faith to identify all uncontroverted material facts on or before March 7, 2025.
   e. Each party may separately submit such other statements of uncontroverted facts and indices of evidence as it may deem necessary, and consistent with Fed. R. Civ. P. 56, the local rules, and the schedule set forth in this stipulation.

    f. For purposes of the cross motions described above, Olsson waives any objection to the authenticity of any document or thing, including any true and correct copy thereof, produced by Olsson in connection with this action, and U.S. Specialty waives any objection to the authenticity of any document or thing, including any true and correct copy thereof, produced by U.S. Specialty in this action.

2. On or before March 17, 2025, Olsson shall file and serve its motion for partial summary judgment and supporting papers. The word limit for Olsson's brief in support of its motion for partial summary judgment shall be 13,000 words.

3. On or before April 17, 2025, U.S. Specialty shall file its motion for summary judgment, with a consolidated brief in support of its motion for summary judgment and in opposition to Olsson's motion for partial summary judgment and any additional supporting papers. The word limit for U.S. Specialty's consolidated brief in support of its motion for partial summary judgment and in opposition to Olsson's motion for partial summary judgment shall be 19,500 words.

4. On or before May 16, 2025, Olsson shall file a consolidated reply brief in support of its motion for partial summary judgment and in opposition to U.S. Specialty's motion for summary judgment, along with any supporting papers. The word limit for Olsson's consolidated reply brief in support of its motion for partial summary judgment and in opposition to U.S. Specialty's motion for summary judgment shall be 13,000 words.

5. On or before May 30, 2025, U.S. Specialty shall file its reply brief in support of its motion for summary judgment. The word limit for this brief shall be 6,500 words.

6. Further discovery and progression deadlines, including the April 15, 2025 deposition deadline, are stayed until further order of the Court.

7. If this action is not fully resolved by the Court's rulings on these motions, the parties shall, within seven days of the entry of the Court's order, submit a joint

status report recommending, jointly or separately, the further progression of the case through trial including such further discovery as needed.

Dated this 18th day of February, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge

Prepared and Submitted by:

Richard P. Jeffries, #20089
Kevin D. Schneider, #18898
Cristin M. McGarry, #23788
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone: (402) 474-6900
rickjeffries@clinewilliams.com
kschneider@clinewilliams.com
cmcgarry@clinewilliams.com

and

Patrick D. Pepper #23228
Jay D. Koehn, #23228
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
(402) 341-3070
ppepper@mcgrathnorth.com
jkoehn@mcgrathnorth.com

and

Joseph A. Bailey III (admitted *pro hac vice*)
Oliver M. Sherman (admitted *pro hac vice*)
Werner Ahari Mangel LLP
2112 Pennsylvania Avenue NW, Ste. 200
Washington, DC 20037
(202) 599-1052
jbailey@wam.law
osherman@wam.law